(January 3, 1974)

In the Matter of WILL BOWEN, Also Known as JOSEPH BURNETT, Petitioner, v. JOSEPH P. SULLIVAN et al., Respondents.— Application in the nature of mandamus unanimously denied and petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., McGivern, Kupferman, Murphy and Lane, JJ.